| | |
|---|---|
| 1 | DONNA R. ZIEGLER [142415]<br>County Counsel |
| 2 | By JILL P. SAZAMA[214215]<br>DeputyCounty Counsel |
| 3 | Office of the County Counsel, County of Alameda<br>1221 Oak Street, Suite 450 |
| 4 | Oakland, California 94612<br>Telephone:   (510) 272-6700 |
| 5 | |
| 6 | Attorney for defendants COUNTY OF ALEMDA<br>and GREGORY J. AHERN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ARNOLD,<br>            Plaintiff,<br><br>     v.<br><br>THE COUNTY OF ALAMEDA, a municipal corporation, SHERIFF GREGORY J. AHERN, individually and in his official capacity as Sheriff of the County of Alameda, and DOES 1 through 25, inclusive.,<br>            Defendant. | Case No.:<br><br><br>**NOTICE OF REMOVAL** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT defendants COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN hereby remove this action to federal court, pursuant to 28 U.S.C. sections 1441 and 1443.  This court has original and supplemental jurisdiction over this matter pursuant to 28 U.S.C. sections 1446, 1331, 1343, and 1367(a) because the underlying state court complaint asserts claims for alleged violation of plaintiff's Fourteenth Amendment rights pursuant to 42 U.S.C. section 1983, and for negligence, all arising under the same facts or circumstances alleged therein.  Attached hereto as **Exhibit A** is a true and correct copy of such filed complaint, entitled *Arnold v. County of Alameda, et al.,* Alameda County Superior Court case no. RG15779174, as well as all other documents on file in the action to date.  Venue is proper in this court pursuant to 28 U.S.C. section 1391(a), because the named defendants exist or

**NOTICE OF REMOVAL**                                 1

1 | reside within this judicial district.  Defendants first received receive a copy of the complaint on
2 | August 14, 2015.
3 | DATED: September 8, 2015         DONNA R. ZIEGLER,
                                     County Counsel in and for the County of
4 |                                  Alameda, State of California

                                     By  */s/ Jill P. Sazama, Esq.*
                                         JILL P. SAZAMA
                                         Deputy County Counsel
                                     Attorneys for defendants COUNTY OF
                                     ALAMEDA and GREGORY J. AHERN