R. Boone Callaway (#126664)
boone@callawayandwolf.com
Nathaniel M. Leeds (#246138)
nathaniel@callawayandwolf.com
CALLAWAY & WOLF
150 Post Street, Suite 600
San Francisco, CA 94108
Telephone:    (415) 541-0300
Facsimile:    (415) 777-6262

Attorneys for Plaintiff Jennifer Arnold

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Arnold,<br><br>            Plaintiff,<br>vs.<br><br>The County of Alameda, a municipal corporation,<br>Sheriff Gregory J. Ahern, individually and in his official capacity as Sheriff of the County of Alameda, and<br>Does 1 through 25, inclusive,<br><br>            Defendants. | Case:    15-cv-04083 HSG<br><br>[PROPOSED] ORDER Re:<br>STIPULATED BRIEFING SCHEDULE |

   Plaintiff Jennifer Arnold, and Defendants The County of Alameda, and Sheriff Gregory J. Ahern, have submitted a stipulation proposing a briefing schedule for Defendants' Motion for Judgment on the Pleadings, currently set for hearing on February 25, 2016. The parties' proposed briefing schedule is as follows:

   Plaintiff shall have until January 6, 2016, to oppose defendants The County of Alameda, and Sheriff Gregory J. Ahern's Motion for Judgment on the Pleadings, and Defendants shall have until January 27, 2016, to reply to Plaintiff's opposition.

   The request of the parties having been duly considered, the Court hereby adopts the proposed briefing schedule as the order of the Court.

IT IS SO ORDERED

Dated: 12/28/2015          By:    _____
                                  JUDGE OF THE NORTHERN DISTRICT

---

[PROPOSED] ORDER Re: STIPULATED BRIEFING SCHEDULE

Page 1