UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ARNOLD,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No. 15-cv-04083-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 32 |

On August 1, 2016, the Court issued an order granting Defendants' motion for judgment on the pleadings and permitting Plaintiff to file an amended complaint by August 22, 2016. Dkt. No. 32 at 14. The deadline for Plaintiff to file an amended complaint has passed, and Plaintiff has failed to respond.

Accordingly, the Court ORDERS Plaintiff to show cause why the Court should not dismiss this action with prejudice in light of Plaintiff's failure to comply with the Court's order. *See Yourish v. California Amplifier*, 191 F.3d 983, 986 (9th Cir. 1999) ("Under Ninth Circuit precedent, when a plaintiff fails to amend his complaint after the district judge dismisses the complaint with leave to amend, the dismissal is typically considered a dismissal for failing to comply with a court order . . ."). Plaintiff must file a statement of two pages or less by August 29, 2016, responding to this order to show cause.

**IT IS SO ORDERED.**

Dated: 8/24/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge