R. Boone Callaway (#126664)
boone@callawayandwolf.com
Nathaniel M. Leeds (#246138)
nathaniel@callawayandwolf.com
**CALLAWAY & WOLF**
150 Post Street, Suite 600
San Francisco, CA 94108
Telephone:    (415) 541-0300
Facsimile:    (415) 777-6262

Attorney for Plaintiff Jennifer Arnold

DONNA R. ZIEGLER [142415]
County Counsel
By JILL P. SAZAMA[214215]
Deputy County Counsel
Jill.sazama@acgov.org
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:    (510) 272-6700

Attorneys for Defendants COUNTY OF ALAMEDA
and GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ARNOLD,<br><br>　　　　　Plaintiff<br>vs.<br><br>The COUNTY OF ALAMEDA, a municipal corporation, SHERIFF GREGORY J. AHERN, individually and in his official capacity as Sheriff of the County of Alameda, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case:    15-cv-04083 HSG<br><br>**STIPULATION RE A CONTINUANCE ON THE DEADLINE TO FILE A RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE DISMISSAL;**<br><br>**ORDER RE SAME**<br><br>DATE: August 29, 2016 |

　　　Plaintiff JENNIFER ARNOLD and defendants the COUNTY OF ALAMEDA AND SHERIFF GREGORY J. AHERN, by and through their respective counsel, do hereby stipulate as follows:

　　　The parties request a short continuance, **until September 14, 2016**, on the current deadline of August 29th, 2016 for any response to the court's Order to Show Cause re dismissal, issued on August

24, 2016. This request is based on the fact that the parties have recently reached a settlement in principle, and need additional time in which to finalize and execute the settlement agreement and release. These efforts are hampered by the fact that plaintiff's counsel is currently out of the country on vacation until September 7th. The parties anticipate that they will finalize and execute a settlement agreement and release by September 14th, and that once that is done, they will immediately execute and file stipulation for dismissal with prejudice of this entire action. The parties wish to further advise the court that counsel for the defense will herself be out of the country from September 24 through October 16th, 2016, thus a much later deadline will not be practical.

Therefore, the parties joint request that the court issue an order continuing the deadline for a response to the Order to Show Cause from August 29, 2016 to **September 14, 2016**.

CALLAWAY & WOLF

DATE   August 25, 2016           By:   /s/ *Nathaniel M. Leeds, Esq.*
                                       NATHANIEL M. LEEDS
                                       Attorney for Plaintiff, JENNIFER ARNOLD


DATE:   August 25, 2016          OFFICE OF THE COUNTY COUNSEL,
                                 COUNTY OF ALAMEDA


                                 By:   /s/ *Jill P. Sazama, Esq.*
                                       JILL P. SAZAMA
                                       Deputy County Counsel
                                       Attorneys for Defendants COUNTY OF ALAMEDA
                                       and SHERIFF GREGORY J. AHERN

**ORDER PURSUANT TO STIPULATION**

Before the court is the parties' Stipulation Re A Continuance on the Deadline to Submit a Response to the Order to Show Cause regarding dismissal, issued on August 24, 2016. Good cause appearing therefore, the Court hereby GRANTS the parties' request and CONTINUES the deadline on any response to the Order to Show Cause from August 29, 2016 until September 14, 2016.

SO ORDERED

DATED:  August 26, 2016

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE