1  R. Boone Callaway (#126664)
   boone@callawayandwolf.com
2  Nathaniel M. Leeds (#246138)
   nathaniel@callawayandwolf.com
3  **CALLAWAY & WOLF**
   150 Post Street, Suite 600
4  San Francisco, CA 94108
   Telephone:    (415) 541-0300
5  Facsimile:    (415) 777-6262
   Attorney for Plaintiff Jennifer Arnold
6
   DONNA R. ZIEGLER [142415]
7  County Counsel
   SCOTT J. FEUDALE [242671]
8  Deputy County Counsel
   scott.feudale@acgov.org
9  Office of the County Counsel, County of Alameda
   1221 Oak Street, Suite 450
10 Oakland, California 94612
   Telephone:    (510) 272-6700
11 Attorneys for Defendants County of Alameda
   and Gregory J. Ahern

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER ARNOLD, | Case:   15-cv-04083 HSG |
| Plaintiff | **STIPULATION & [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO FILE A STATUS REPORT REGARDING THE PROVISIONAL SETTLEMENT AGREEMENT** |
| vs. | |
| The COUNTY OF ALAMEDA, a municipal corporation, SHERIFF GREGORY J. AHERN, individually and in his official capacity as Sheriff of the County of Alameda, and DOES 1 through 25, inclusive, | |
| Defendants. | |

Plaintiff Jennifer Arnold and Defendants the County of Alameda and Sheriff Gregory J. Ahern by and through their respective counsel, do hereby stipulate as follows:

The parties request one-week continuance, **until October 21 2016**, of the current

---

**Stip. & [Proposed] Order Cont. Deadline File Jt. Status Report Re: Prov. Set. Agreement, Case No. 15-cv-04083 HSG**
1

deadline of October 14, 2016 for the parties to file a joint report on the status of their provisional settlement agreement.  This request is based on the fact that while the parties have reached an agreement on the terms of the settlement, they need additional time to finalize and execute the settlement agreement and release.  While Plaintiff has verbally agreed to the terms, due to her work schedule, it has been difficult to get her to sign the document.  The parties anticipate that they will finalize and execute a settlement agreement and release by **October 21, 2016**, and on that date, they will immediately execute and file stipulation for dismissal with prejudice of this entire action, obviating the need to file a joint report.  Therefore, the parties request that the Court issue an order continuing the deadline to file a joint statement regarding the status of the provisional settlement agreement to **October 21, 2016**.

CALLAWAY & WOLF

DATE: October 14, 2016         By: /s/ Nathaniel M. Leeds
                                   NATHANIEL M. LEEDS
                                   Attorney for Plaintiff, Jennifer Arnold

DATE: October 14, 2016         OFFICE OF THE COUNTY COUNSEL,
                               COUNTY OF ALAMEDA


                               By: /s/ Scott J. Feudale
                                   SCOTT J. FEUDALE
                                   Deputy County Counsel
                                   Attorneys for Defendants County of Alameda
                                   and Gregory J. Ahern

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

DATE:  __10/17/2016__          _____
                               HON. HAYWOOD S. GILLIAM, JR.
                               United States District Judge