R. Boone Callaway (#126664)
boone@callawayandwolf.com
Nathaniel M. Leeds (#246138)
nathaniel@callawayandwolf.com
**CALLAWAY & WOLF**
150 Post Street, Suite 600
San Francisco, CA 94108
Telephone:   (415) 541-0300
Facsimile:   (415) 777-6262

Attorney for Plaintiff Jennifer Arnold

Donna R. Ziegler (#142415)
County Counsel
By Jill P. Sazama (#214215)
Deputy County Counsel
Jill.sazama@acgov.org
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone:   (510) 272-6700

Attorneys for Defendants County of Alameda and Gregory J. Ahern

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Arnold,<br><br>              Plaintiff<br><br>vs.<br><br>The County of Alameda, a municipal corporation, Sheriff Gregory J. Ahern, individually and in his official capacity as Sheriff of the County of Alameda, and Does 1 through 25, inclusive,<br><br>              Defendants. | Case:   15-cv-04083 HSG<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the entire action shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

It is further stipulated by and between the parties to this action through their

designated counsel that each side shall bear its own costs and fees.

CALLAWAY & WOLF

DATE:     October 20, 2016          By:     /s/ *Nathaniel M. Leeds*
                                          Nathaniel M. Leeds
                                          Attorney for Plaintiff Jennifer Arnold

DATE:     October 20, 2016          OFFICE OF THE COUNTY COUNSEL,
                                    COUNTY OF ALAMEDA

                                    By:     /s/ *Jill P. Sazama*
                                          JILL P. SAZAMA
                                          Deputy County Counsel
                                          Attorneys for Defendants County of Alameda
                                          and Gregory J. Ahern

## ORDER OF DISMISSAL WITH PREJUDICE

**PURSUANT TO THE PARTIES' STIPULATION,** and good cause appearing therefor, the above-captioned case is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS SO ORDERED:**

DATE:  October 24, 2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO DISMISS ENTIRE ACTION; ORDER DISMISSING ACTION WITH
PREJUDICE
Page 2